# MEMORANDUM CASE.

[S. F. No. 9739. In Bank.—March 10, 1921.]

RANSOME–CRUMMEY COMPANY (a Corporation), Appellant, v. WILLIAM M. BEGGS et al., Respondents.

APPEAL—JUDGMENT—DISMISSAL.—Appeal from judgment dismissed on the authority of *Ransome-Crummey Co.* v. *Beggs et al., ante,* p. 279, [196 Pac. 487].

MOTION to dismiss an appeal from a judgment of the Superior Court of Santa Clara County. Granted.

The facts are the same as those stated in the opinion in *Ransome-Crummey Co.* v. *Beggs et al., ante,* p. 279, [196 Pac. 487].

R. M. F. Soto for Appellant.

Ralph C. McComish for Respondents.

THE COURT.—Motion to dismiss appeal from judgment. The facts are the same as in *Ransome-Crummey Co.* v. *Beggs et al., ante,* p. 279, [196 Pac. 487].

The appeal is dismissed.

Angellotti, C. J., Shaw, J., Wilbur, J., Sloane, J., Olney, J., Lennon, J., and Lawlor, J., concurred.

Rehearing denied.

All the Justices concurred, except Sloane, J., who was absent.